UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LAYA SALAS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>C/O CANDELARIO,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:20-cv-00324-WQH-AHG<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR A COPY OF THE LOCAL RULES**<br><br>[ECF No. 17] |

Before the Court is Plaintiff's Request for the Local Rules. ECF No. 17. For the reasons set forth below, the Court **GRANTS** Plaintiff's request.

**I.   BACKGROUND**

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 relating to an incident that occurred while Plaintiff was incarcerated at Richard J. Donovan Correctional Facility in San Diego, California. ECF Nos. 1, 7. Plaintiff contends Defendant Candelario left Plaintiff's cell door slightly open for 30-40 minutes, before suddenly slamming the door on Plaintiff's hand, causing severe injury to his finger. *See* ECF No. 1 at 3. Plaintiff initially named three other defendants, but the Court dismissed all claims against them for failure to state a claim on April 7, 2020. ECF No. 8. The Court granted Plaintiff leave to amend his complaint to cure the defects identified in his claims against the other three defendants, or, alternatively, to proceed with

his Complaint and Supplemental Complaint (ECF Nos. 1, 7) as to his Eighth Amendment claims against Defendant Candelario only. ECF No. 8. On May 18, 2020, Plaintiff notified the Court of his intent to proceed with the Eighth Amendments claims against Defendant Candelario only. ECF No. 11. Accordingly, the Court dismissed all claims against the other named defendants on May 27, 2020, and ordered the USMS to effect service on Defendant Candelario. ECF No. 12. Plaintiff now requests a copy of the district's Civil Local Rules to assist him in understanding the Court's requirements. ECF No. 17.

## II.   DISCUSSION

Generally, the Court does not provide parties with copies of the local rules, as copies are available free of charge on its website (www.casd.uscourts.gov) or by paying the $3.00 fee, plus $2.00 for postage.[1] However, courts in this district have granted incarcerated plaintiffs' requests for copies of the local rules when plaintiffs sought to comply with the district's procedures. *See, e.g.*, *Reyes v. Brown*, No. 16cv84-JLS-BLM, 2012 WL 6371771, at *7 (S.D. Cal. Dec. 13, 2017) (granting incarcerated plaintiff's request for a copy of local rules when plaintiff represented he needed them to understand what procedures to follow); *Finley v. De La Trinidad*, No. 11cv2318-JLS-PCL, 2012 U.S. Dist. LEXIS 47897, at *2–*3 (S.D. Cal. Apr. 3, 2012) (granting incarcerated plaintiff's request for a copy of local rules so that he could comply with said procedural rules in his filings). Here, Plaintiff represents that he may need the district's Local Rules because "different courts have different rules about filing and serving documents" and also require "different number[s] of copies." ECF No. 17 at 1. Given Plaintiff's *in forma pauperis* status (ECF No. 8) and that Plaintiff has repeatedly received Notices of Document Discrepancies for non-compliance with local rules (ECF Nos. 4, 6, 9, 14, 15, 16), the Court finds it appropriate, on this one occasion, to provide Plaintiff with a copy of the local rules as requested. In

---

[1] *See Attorney FAQs: General Procedures*, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, https://www.casd.uscourts.gov/attorney/attorney-faq.aspx#faq4 (last visited Aug. 19, 2020).

particular, the Court finds that the court resources expended in repeatedly processing Plaintiff's submissions on discrepancy are likely to outweigh the minimal resources expended by providing Plaintiff a copy of the Local Rules to assist him in understanding the Court's filing requirements.

### III.  CONCLUSION

Good cause appearing, the Court **GRANTS** Plaintiff's request for a copy of the local rules (ECF No. 17). The Clerk's Office is **ORDERED** to mail a copy of the Civil Local Rules for the United States District Court Southern District of California to Plaintiff along with a copy of this Order.

**IT IS SO ORDERED.**

Dated:  August 19, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge